# United States Bankruptcy Court
## Eastern District of Virginia

**In re:** Lauren Mae Lack
Kevin Michael Hunter

**Debtor(s)**

Case Number  25-51067-SCS

Chapter  13

## ORDER

A hearing was held on _____12/19/2025_____, due to the debtor's(s') failure to timely cure outstanding deficiency(ies) and/or pursuant to the Order Setting Hearing entered by the Clerk.

☐ The hearing scheduled for _____ is cancelled, and the case shall not be dismissed.

**For the reasons stated on the record from the bench, the Court ORDERS:**

☐ The confirmation hearing on the original chapter 13 plan is rescheduled for _____, at _____ ___, at the United States Bankruptcy Court,
<Select Hearing Location>
Pursuant to Local Bankruptcy Rule 3015-2(E)(1), objections to confirmation of plan or to related motions shall be filed not later than 7 days prior to the date set for the confirmation hearing. This Order shall constitute notice of the rescheduled confirmation hearing date. The debtor(s) shall serve the special notice to secured creditors as required by Local Bankruptcy Rule 3015-2(B). If no objections are timely filed, a confirmation hearing will not be held.

☐ The debtor(s) shall attend a rescheduled § 341 Meeting of Creditors. The § 341 Meeting of Creditors is rescheduled for _____, at _____ _____, at the Office of the United States Trustee, located at: <Select 341 Meeting Location>_____.
This Order shall constitute proper notice of the rescheduled § 341 Meeting of Creditors pursuant to Local Bankruptcy Rule 2003-1.

☐ The debtor(s) shall file the creditor matrix flash drive together with the Cover Sheet for List of Creditors on or before _____. On the condition that the debtor(s) timely files the creditor matrix and cover sheet, the Court will send notice of the § 341 Meeting of Creditors to all creditors and parties in interest. The § 341 Meeting of Creditors will be held on a date and time to be determined.

☐ All deadlines that run from the date of the original § 341 Meeting of Creditors will instead run from the date of the rescheduled § 341 Meeting of Creditors.

☑ The debtor(s) shall cure the following deficiency(ies) on or before ☑ January 9, 2026_____
File Official Form 106 Summary: Summary of Your Assets and Liabilities and Certain Statistical Information
Amended Chapter 13 Plan

☐ The debtor(s) shall comply with attached Exhibit A.

<u>Failure to timely comply with the requirements listed above will result in the above-captioned bankruptcy case being dismissed without further notice or hearing.</u>

**It is further ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____ to the Clerk of Court within 14 days of the date of this order.

Date: <u>Dec 23 2025</u>

<u>/s/ Stephen C St-John</u>
**United States Bankruptcy Judge**

NOTICE OF JUDGMENT OR ORDER ENTERED
ON DOCKET: <u>Dec 29 2025</u>

[opurdefntcoset ver. 11/25]

Exhibit A

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-51067-SCS |
| Lauren Mae Lack | Chapter 13 |
| Kevin Michael Hunter | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-6 | User: MichelleS | Page 1 of 1 |
| Date Rcvd: Dec 29, 2025 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lauren Mae Lack, Kevin Michael Hunter, 206 Hornsbyville Rd, Yorktown, VA 23692-4901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Rivera | on behalf of Creditor Village Capital & Investment LLC arivera@glasserlaw.com  pjmecf@glasserlaw.com |
| Kelly M. Barnhart | kbarnhart@kmbch13.com |
| Matthew W. Cheney | ustpregion04.no.ecf@usdoj.gov |
| Vanessa Steltenpohl Carter | on behalf of Creditor Village Capital & Investment LLC vcarter@glasserlaw.com  pjmecf@glasserlaw.com |

TOTAL: 4