# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

**Newport News Division**

In re  Lauren Mae Lack
Kevin Michael Hunter

Case No. 25-51067-SCS

Debtor(s)

Chapter 13

## ORDER SETTING HEARING

Debtor(s) failed to comply with the provisions of the following:

LBR 2003-1 – Failure to Attend the Meeting of Creditors

IT IS HEREBY ORDERED that a hearing will be held:

*Date:* 1/30/2026
*Time:* 10:00 AM
*Location:* Newport News Courtroom, U. S. Courthouse, 2400 West Avenue, Newport News, VA  23607

The debtor(s) shall appear at the hearing and explain why the case should not be dismissed or converted to another chapter, why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed with regard to such failure.

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed or converted to another chapter.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ 313.00 is due and owing to the Clerk of Court, payable as follows:

[ ] due and payable immediately.

[✓] $ 115.00 on 12/22/26, $ 100.00 on 1/29/26, and $ 98.00 on 3/10/26.

CHARRI S. STEWART
Clerk of Court

Date: January 2, 2026

By /s/ Michelle Stehle
Deputy Clerk
NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
January 2, 2026

[OSHPossDismiss ver. 01/25]