# United States Bankruptcy Court
## Eastern District of Virginia
Newport News Division

In re:  Lauren Mae Lack
Kevin Michael Hunter

Debtor(s)

Case Number  25-51067-SCS
Chapter  13

### ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH COURT'S ORDER

A hearing was held on 12/19/2025, due to the debtor's(s') failure to timely cure outstanding deficiency(ies) and/or pursuant to the Order Setting Hearing entered by the Clerk. Pursuant to the Order entered on 12/29/2025, the Court ruled that the bankruptcy case would be dismissed unless, within the time frame allowed, the debtor(s) cured certain announced deficiency(ies).

The debtor(s) has failed to timely cure the following:

File Amended Chapter 13 Plan

OF106Sum, Summary of Your Assets

Therefore, the Court finds that this case should be dismissed.

Accordingly, the Court **ORDERS** that the above-captioned case is DISMISSED; and it is further

**ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ 313.00 to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report unless property or money was administered.

Date: Jan 13 2026

/s/ Stephen C St-John
**United States Bankruptcy Judge**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Jan 13 2026

[odsflcmplycto ver. 06/23]