# United States Bankruptcy Court
**Eastern District of Virginia**
Newport News Division
2400 West Avenue, Suite 110
Newport News, VA 23607

**Case Number** 25−51067−SCS
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Lauren Mae Lack | Kevin Michael Hunter |
| 206 Hornsbyville Rd | 206 Hornsbyville Rd |
| Yorktown, VA 23692 | Yorktown, VA 23692 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−6816                    Joint Debtor: xxx−xx−3720

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA                             Joint Debtor: 76−0762676

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on January 13, 2026 dismissing the above−captioned case.

Dated: January 13, 2026                  For the Court,

                                         Charri S Stewart, Clerk
[VAN015vDec2009.jsp]                     United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                            Case No. 25-51067-SCS

Lauren Mae Lack                                                            Chapter 13

Kevin Michael Hunter

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-6                                        User: MichelleS                                        Page 1 of 3
Date Rcvd: Jan 13, 2026                               Form ID: VAN015                                    Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lauren Mae Lack, Kevin Michael Hunter, 206 Hornsbyville Rd, Yorktown, VA 23692-4901 |
| 16879508 | | Acima-Upbound Legal, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 16879520 | + | Atlas Financial Holdings Inc, Donlin Recano and Company, Attention: Atlas Financial Holdings, PO Box 2053, New York, NY 10272-2053 |
| 16879512 | + | Cox- Corporation Service Company, 40 Technology Parkway South Suite 300, Norcross, GA 30092-2924 |
| 16879505 | + | Frank Lawson Trustee, Otey Smith and Quarles, 485 McLaws Circle, Williamsburg, VA 23185-5645 |
| 16924355 | + | Frank Lawson, Trustee, 2807 Northlake Drive, Richmond, VA 23233-3321 |
| 16879526 | + | Newport News Water Works, 700 Town Center Drive, Newport News, VA 23606-4700 |
| 16889337 | ++ | TREASURER COUNTY OF YORK, PO BOX 251, YORKTOWN VA 23690-0251 address filed with court:, Treasurer, County of York, 120 Alexander Hamilton Blvd., Yorktown, VA 23690 |
| 16879553 | + | York County General District, Court Clerk, Attention: Fines, PO Box 316, Yorktown, VA 23690-0316 |
| 16879552 | + | York County Utility Billing, POBox532, Yorktown, VA 23690-0532 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 14 2026 05:42:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16879518 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 14 2026 01:05:34 | Affirm, Attention: Bankruptcy Notice, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 16880917 | + | EDI: AISACG.COM | Jan 14 2026 05:42:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16879503 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 14 2026 00:57:00 | Bridgecrest Financial, PO Box 53087, Phoenix, AZ 85072-3087 |
| 16879513 | | Email/Text: bankruptcy@credcontrol.com | Jan 14 2026 00:56:00 | Credit Control Corporation, PO Box 120570, Newport News, VA 23612 |
| 16879507 | | EDI: CAPITALONE.COM | Jan 14 2026 05:42:00 | Capitol One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16927033 | + | EDI: AISACG.COM | Jan 14 2026 05:42:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16898173 | + | Email/Text: va_tax_bk@harriscollect.com | Jan 14 2026 00:57:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 16879509 | + | EDI: PHINGENESIS | Jan 14 2026 05:42:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |

Case 25-51067-SCS   Doc 35   Filed 01/15/26   Entered 01/16/26 00:17:25   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0422-6 | User: MichelleS | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: VAN015 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 16879514 | + | Email/Text: bankruptcynotices@conns.com | Jan 14 2026 00:56:00 | Conns Appliance, 2445 Technology Forest Blvd Suite 800, The Woodlands, TX 77381-5258 |
| 16879510 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2026 01:05:40 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 16879525 | | Email/Text: DEbankruptcy@domenergy.com | Jan 14 2026 00:56:00 | Dominion Power, 120 Tredegar Street, Richmond, VA 23219 |
| 16879511 | | EDI: BLUESTEM | Jan 14 2026 05:42:00 | Fingerhut, PO Box 70281, Philadelphia, PA 19176-0281 |
| 16879524 | + | Email/Text: bankruptcy@flexshopper.com | Jan 14 2026 00:56:00 | Flexshopper, 901 Yamato Road, Suite 260, Boca Raton, FL 33431-4415 |
| 16879527 | | Email/Text: argbsref@geico.com | Jan 14 2026 00:56:00 | Geico, PO Box 70775, Philadelphia, PA 19176-0775 |
| 16879502 | + | Email/Text: specialhandling@glasserlaw.com | Jan 14 2026 00:56:00 | Glasser and Glasser LLC, Atlantic Trustee Services LLC, File No. 239191-03, Crown Center Building Suite 600, 580 East Main Street, Norfolk, VA 23510-2306 |
| 16879547 | + | Email/Text: mcwhite@hrsd.com | Jan 14 2026 00:56:00 | HRSD, 1434 Air Rail Avenue, Virginia Beach, VA 23455-3002 |
| 16879523 | | EDI: JEFFERSONCAP.COM | Jan 14 2026 05:42:00 | Jefferson Capitol System, 16 McLeland Rd, St Cloud, MN 56303 |
| 16879519 | ^ | MEBN | Jan 14 2026 00:54:18 | Katapult Group Inc, 5360 Legacy Drive Building 2 Suite 135, Plano, Texas 75024-4197 |
| 16879522 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 01:05:24 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 16886635 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 01:05:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16927237 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2026 00:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16905150 | | EDI: Q3G.COM | Jan 14 2026 05:42:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 16879504 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 14 2026 01:05:43 | Regional Acceptance Corp, Attention: Bankruptcy Department, PO Box 1847, Wilson, NC 27894-1847 |
| 16913432 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 14 2026 01:05:43 | Regional Acceptance Corporation, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 16879548 | + | EDI: VERIZONCOMB.COM | Jan 14 2026 05:42:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 16912177 | ^ | MEBN | Jan 14 2026 00:55:43 | Village Capital & Investment LLC, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 16879501 | ^ | MEBN | Jan 14 2026 00:55:43 | Village Capitol Investments LLC, 2460 Paseo Verde Parkway Suite 110, Henderson, Nevada 89074-7136 |
| 16879521 | | Email/Text: g2sogasbnkr@southernco.com | Jan 14 2026 00:56:00 | Virginia Natural Gas, PO Box 4569, Atlanta, GA 30302-4569 |
| 16879549 | | Email/Text: va_tax_bk@harriscollect.com | Jan 14 2026 00:57:00 | Virginia Taxation, Attention: Bankruptcy, PO Box 2156, Richmond, VA 23218-2156 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 25-51067-SCS    Doc 35    Filed 01/15/26    Entered 01/16/26 00:17:25    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0422-6 | User: MichelleS | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: VAN015 | Total Noticed: 40 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Village Capital & Investment LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Rivera | on behalf of Creditor Village Capital & Investment LLC arivera@glasserlaw.com  pjmecf@glasserlaw.com |
| Kelly M. Barnhart | kbarnhart@kmbch13.com |
| Matthew W. Cheney | ustpregion04.no.ecf@usdoj.gov |
| Vanessa Steltenpohl Carter | on behalf of Creditor Village Capital & Investment LLC vcarter@glasserlaw.com  pjmecf@glasserlaw.com |

TOTAL: 4